UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN FISHOFF,<br>DESHAN GOVENDER,<br>WINSON TANG,<br>FEATHERWOOD CAPITAL, INC., and<br>JSF INVESTMENT CAPITAL INC.,<br><br>                Defendants. | Case No. 1:18-cv-07685 (ALC) (JLC) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the basis of the accompanying Memorandum of Law, the Declaration of David C. Austin, and the exhibits thereto, and all prior proceedings in this action, plaintiff Securities and Exchange Commission (the "Commission") will move this Court, before the Honorable Andrew L. Carter, Jr. at the United States Courthouse, 40 Foley Square, New York, New York 10007, for Monetary Relief Against Defendant Deshan Govender pursuant to the terms of the Partial Final Judgment entered by the Court on June 4, 2019.

Dated: New York, New York
       October 31, 2019

Respectfully Submitted,

By:   /s/ Todd D. Brody
Todd D. Brody
Senior Trial Counsel
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place, 200 Vesey Street
New York, NY 10281
Tel: (212) 336-0080
brodyt@sec.gov

To: Deshan Govender