**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/17/20___



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET
SUITE 400
NEW YORK, NEW YORK 10281-1022

June 29, 2020

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:   *SEC v. Steven Fishoff, et al.*, 18 cv 07685 (SDNY)(ALC-JLC)

    Plaintiff Securities and Exchange Commission respectfully writes to notify the Court of the Supreme Court's decision in *Liu v. SEC*, 591 U.S. ___, 2020 WL 3405845 (June 22, 2020), and to seek leave to file a supplemental submission, by July 27, 2020, addressing the Commission's pending Motion for Judgment in light of *Liu*.

    As background, the Commission filed its Motion for Judgment against Defendant Deshan Govender on October 31, 2019 and sought, among other things, $222,788 in disgorgement. That motion was fully briefed as of December 16, 2019.

    Last week, the Supreme Court held in *Liu* that "a disgorgement award that does not exceed a wrongdoer's net profits and is awarded for victims is equitable relief permissible" under the relevant provision of the federal securities laws. *Liu*, 2020 WL 3405845, at *2. The Commission therefore respectfully requests leave to file a submission within four weeks addressing the disgorgement the Commission seeks as to Govender in light of *Liu*.

                                               Respectfully submitted,

                                                    /s/ Todd D. Brody
                                              Todd D. Brody
                                              brodyt@sec.gov
                                              (212) 336-0080

cc: Deshan Govender (via email)

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/17/20