USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/3/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                  **Plaintiff,**<br><br>                 -against-<br><br>**FISHOFF ET AL,**<br><br>                                  **Defendants.** | **18-cv-07685 (ALC)**<br><br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge**

  The Court is in receipt of Govender's email requesting leave to provide updated financial statements. That request is GRANTED. Govender should file those statements by September 7, 2020.

The Government's response, if any, should be filed by September 11, 2020.

**SO ORDERED.**

Dated: September 3, 2020
         New York, New York

                                                                                  _____
                                                                                  **ANDREW L. CARTER, JR.**
                                                                                  **United States District Judge**