USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

  SEC,

                             **Plaintiff,**

                 -against-                         1:18-cv-07685 (ALC)

  GOVENDER,                              **ORDER**

                             **Defendant.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Govender should file his financial statements under seal and the SEC should file its response to those statements under seal and email courtesy copies to Chambers. The court is in receipt of Govenderr's courtesy copies.

**SO ORDERED.**

**Dated:**  September 11, 2020                    _____

        New York, New York                       **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**