**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES AND EXCANGE
COMMISSION,

                         Plaintiff,                          18 **CIVIL** 7685 (ALC)

            -against-                                        **JUDGMENT**

DESHAN GOVENDER,
                         Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated September 28, 2020, judgment is entered against

Govender in the amount of $445,576, consisting entirely of civil penalties..


**Dated:**  New York, New York
            September 30, 2020



                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                                        **BY:**
                                                    _____
                                                       **Deputy Clerk**